FILED by __YH__ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Dec 6, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

Case No. 18-20946-CR-GAYLES/OTAZO-REYES

IN RE SEALED
INDICTMENT
_____/

## MOTION TO SEAL

**COMES NOW**, the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment, Arrest Warrants, Bond Recommendations, this Motion to Seal, and any resulting Order be **SEALED** until the arrest of the first defendant or further order of this court, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of the Indictment, Arrest Warrants, Bond Recommendations, this Motion to Seal, and any resulting Order, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Indictment become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
BREEZYE TELFAIR
Assistant United States Attorney
Florida Bar No: 18055
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715-7644 / 7655
Fax: (305) 715-7639
E-mail: breezye.telfair@usdoj.gov