Dec 6, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **18-20946-CR-GAYLES/OTAZO-REYES**

21 U.S.C. § 848
21 U.S.C. § 846
21 U.S.C. § 856(a)(1)
18 U.S.C. § 924(o)
18 U.S.C. § 1956(h)
18 U.S.C. § 36
18 U.S.C. § 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
26 U.S.C. § 5861(d)
18 U.S.C. § 1957
18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 843(b)
18 U.S.C. § 1951(a)
18 U.S.C. § 922(g)(5)(B)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(1)
21 U.S.C. § 853
31 U.S.C. § 5317(c)(1)

**UNITED STATES OF AMERICA**

vs.

**ULYSSES CABRERA,**
        a/k/a "Uley,"
        a/k/a "Big Cuz,"
**BERNARDO QUINONEZ,**
        a/k/a "Macho,"
**RAFAEL QUINONEZ,**
        a/k/a "Gigi,"
        a/k/a "Big Junkz,"
**HENRY FELICIANO-TORRES,**
        a/k/a "Mafia,"
**DANIEL QUINONEZ,**
        a/k/a "Julio,"
**MARVIN MELENDEZ-REYES,**
        a/k/a "Homicide Marvin,"
**VICTOR SMITH,**
        a/k/a "OGP,"
**HECTOR SALGADO,**
        a/k/a "Teto,"
**ISSAC LEAL,**
        a/k/a "Chico Black,"

a/k/a "King Felony,"
**JOSE LUIS DIAZ,**
a/k/a "Lil Cuz,"
**PETER RODRIGUEZ,**
a/k/a "Hot Boy,"
**ROGELIO RAMOS,**
**PETER SIMO,**
a/k/a "Worm,"
**ELIZABETH LEGON,**
a/k/a "Eli,"
**RICARDO PEREZ-CASTRO,**
**ORLANDO LORENZO,**
**ROBERTO GARCIA,**
**MIGUEL HABER,**
**PEDRO RENE GONZALEZ,**
a/k/a "Pete,"
**EDUARDO BOBADILLA-OROL,**
a/k/a "Chupa,"
**GILBERT CRUZ BAEZ,**
a/k/a "Bori,"
**ALAIN TERRY,**
a/k/a "Youngin,"
**RONALD REYES-MELO,**
a/k/a "Cueyo," and
**CHARLIE GONZALEZ,**

      **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Continuing Criminal Enterprise
### (21 U.S.C. § 848)

From on or about December 7, 2013, through on or about October 30, 2018, in Miami-

Dade County, in the Southern District of Florida, the defendants,

**ULYSSES CABRERA,**
a/k/a "Uley,"
a/k/a "Big Cuz," and
**BERNARDO QUINONEZ,**
a/k/a "Macho,"

did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise in that the

defendants knowingly and willfully violated Title 21, United States Code, Sections 841(a)(1), and

2

846, as alleged in Counts 2, 15, 18, 19, 21, 23, 27, 28, 31, 35, 36, 37, and 57 of this Indictment, which counts are incorporated herein by reference, which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, et seq., undertaken by defendants **ULYSSES CABRERA** and **BERNARDO QUINONEZ**, in concert with at least five other persons with respect to whom defendants **ULYSSES CABRERA** and **BERNARDO QUINONEZ** occupied a position of organizer, supervisor and manager, and from which continuing series of violations defendants **ULYSSES CABRERA** and **BERNARDO QUINONEZ** obtained substantial income and resources.

Furthermore, the defendants **ULYSSES CABRERA** and **BERNARDO QUINONEZ** were principal administrators, organizers, supervisors and leaders of the criminal enterprise, which involved possession with intent to distribute and distribution of mixtures and substances containing 500 grams or more of cocaine, a schedule II controlled substance; a detectable amount of cocaine base, commonly referred to as "crack cocaine," a schedule II controlled substance; and a detectable amount of marijuana.

All in violation of Title 21, United States Code, Section 848.

### COUNT 2
**Conspiracy to Possess with Intent to Distribute Controlled Substances**
**(21 U.S.C. § 846)**

From on or about December 7, 2013, through on or about October 30, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**
**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**

3

**HENRY FELICIANO-TORRES,**
a/k/a "Mafia,"
**DANIEL QUINONEZ,**
a/k/a "Julio,"
**MARVIN MELENDEZ-REYES,**
a/k/a "Homicide Marvin,"
**VICTOR SMITH,**
a/k/a "OGP,"
**ISSAC LEAL,**
a/k/a "Chico Black,"
a/k/a "King Felony,"
**JOSE LUIS DIAZ,**
a/k/a "Lil Cuz,"
**PETER RODRIGUEZ,**
a/k/a "Hot Boy,"
**ROGELIO RAMOS,**
**PETER SIMO,**
a/k/a "Worm,"
**ELIZABETH LEGON,**
a/k/a "Eli,"
**MIGUEL HABER,**
**GILBERT CRUZ BAEZ,**
a/k/a "Bori," and
**ALAIN TERRY,**
a/k/a "Youngin,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to **ULYSSES CABRERA, BERNARDO QUINONEZ, RAFAEL QUINONEZ, HENRY FELICIANO-TORRES, DANIEL QUINONEZ, MARVIN MELENDEZ-REYES, VICTOR SMITH, ISSAC LEAL, JOSE LUIS DIAZ, ROGELIO RAMOS, PETER SIMO, GILBERT CRUZ BAEZ,** and **ALAIN TERRY,** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 500 grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

4

The controlled substance involved in the conspiracy attributable to **ULYSSES CABRERA, BERNARDO QUINONEZ, RAFAEL QUINONEZ, HENRY FELICIANO-TORRES, DANIEL QUINONEZ, MARVIN MELENDEZ-REYES, VICTOR SMITH, ISSAC LEAL, JOSE LUIS DIAZ, ROGELIO RAMOS, PETER SIMO, GILBERT CRUZ BAEZ,** and **ALAIN TERRY,** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

The controlled substance involved in the conspiracy attributable to **ULYSSES CABRERA, BERNARDO QUINONEZ, RAFAEL QUINONEZ, MARVIN MELENDEZ-REYES, VICTOR SMITH, ISSAC LEAL, PETER RODRIGUEZ, MIGUEL HABER, ELIZABETH LEGON, GILBERT CRUZ BAEZ,** and **ALAIN TERRY,** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(D).

## COUNT 3
**Maintaining an Establishment for Distribution of Controlled Substances**
**(21 U.S.C. § 856(a)(1))**

From in or about January 2018, and continuing to in or about June 2018, exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz," and**
**MIGUEL HABER,**

5

did knowingly maintain a place, that is, the premises located at 1329 NW 6th Street, Apartment 7, in Miami, Florida 33125, for the purpose of manufacturing, distributing and using controlled substances, that is, marijuana, in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.

### COUNT 4
**Conspiracy to Possess with Intent to Distribute Cocaine**
**(21 U.S.C. § 846)**

From in or about June 2017, the exact date being unknown to the Grand Jury, through on or about October 30, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**GILBERT CRUZ BAEZ,**
**a/k/a "Bori," and**
**ALAIN TERRY,**
**a/k/a "Youngin,"**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to **GILBERT CRUZ BAEZ,** and **ALAIN TERRY**, as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

6

## COUNT 5

**Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(o))**

From in or about October 2017, the exact date being unknown to the Grand Jury, through

in or about October 30, 2018, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**GILBERT CRUZ BAEZ,**
**a/k/a "Bori," and**
**ALAIN TERRY,**
**a/k/a "Youngin,"**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and

unknown to the Grand Jury, to use and carry a firearm during and in relation to a drug trafficking

crime, which is a felony prosecutable in a court in the United States, that is, a violation of Title

21, United States Code, Section 846, as set forth in Count 4 of this Indictment, in violation of

Title 18, United States Code, Section 924(c); all in violation of Title 18, United States Code,

Section 924(o).

## COUNT 6

**Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(o))**

From in or about October 2017, the exact date being unknown to the Grand Jury, through

on or about October 30, 2018, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**
**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**

7

a/k/a "Big Junkz,"
**HENRY FELICIANO-TORRES,**
a/k/a "Mafia,"
**DANIEL QUINONEZ,**
a/k/a "Julio,"
**MARVIN MELENDEZ-REYES,**
a/k/a "Homicide Marvin,"
**VICTOR SMITH,**
a/k/a "OGP,"
**ISSAC LEAL,**
a/k/a "Chico Black,"
a/k/a "King Felony,"
**ROGELIO RAMOS,**
**PETER SIMO,**
a/k/a "Worm,"
**MIGUEL HABER, and**
**ALAIN TERRY,**
a/k/a "Youngin,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

persons known and unknown to the Grand Jury, to use and carry a firearm during and in relation

to a drug trafficking crime, which is a felony prosecutable in a court in the United States, that is,

a violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this Indictment,

in violation of Title 18 United States Code, Section 924(c); all in violation of Title 18, United

States Code, Section 924(o).

## COUNT 7
### Conspiracy to Commit Money Laundering
### (18 U.S.C. §1956(h))

From in or around October 2017, and continuing through in or around June 2018, in Miami-

Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**BERNARDO QUINONEZ,**
a/k/a "Macho,"
**JOSE LUIS DIAZ,**
a/k/a "Lil Cuz," and
**PETER RODRIGUEZ**
a/k/a "Hot Boy,"

did knowingly and willfully combine, conspire, confederate, and agree with other persons

8

unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is:

(a)     to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

(b)     to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections, 846 and 841(a)(1), and any act or acts constituting a continuing criminal enterprise, in violation of Title 21, United States Code, Section 848; both punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 8
### Conspiracy to Commit Money Laundering
### (18 U.S.C. §1956(h))

From in or around February 2018, and continuing through in or around June 11, 2018, in

Miami-Dade County, in the Southern District of Florida, the defendant,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known

to the Grand Jury,  to commit certain offenses against the United States, in violation of Title 18,

United States Code, Section 1956, that is to knowingly conduct a financial transaction affecting

interstate and foreign commerce, which transaction involved the proceeds of specified unlawful

activity, knowing that the property involved in the financial transaction represented the proceeds

of some form of unlawful activity, knowing that the transaction was designed in whole and in part

to conceal and disguise the nature, the location, the source, the ownership, and the control of the

proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is the felonious manufacture,

importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled

substance, in violation of Title 21, United States Code, Sections, 846 and 841(a)(1), and any act

or acts constituting a continuing criminal enterprise, in violation of Title 21, United States Code,

Section 848; both punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

### COUNT 9
### Drive-by Shooting
### (18 U.S.C. § 36)

On or about October 30, 2017, in Miami-Dade County, in the Southern District of Florida,

the defendant,

**GILBERT CRUZ BAEZ,**
**a/k/a "Bori,"**

with the intent to injure and maim, did knowingly and intentionally fire a weapon, that is a pistol, into a group of two or more persons, and in the course of such conduct, caused grave risk to a human life, done in furtherance of a major drug offense, that is a conspiracy to distribute Schedule II controlled substances, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 846, as alleged in Count 4 of this Indictment; all in violation of Title 18, United States Code, Section 36(b)(1) and Title 18, United States Code, Section 2.

## COUNT 10
### Brandishing and Discharging a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(ii)) and (18 U.S.C. § 924(c)(1)(A)(iii))

On or about October 30, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**GILBERT CRUZ BAEZ,**
**a/k/a "Bori,"**

did knowingly use and carry a firearm during and in relation to a drug trafficking crime, and did knowingly possess a firearm in furtherance of drug trafficking crime, an offense for which the defendant may be prosecuted in a court of the United States, specifically, a violation of Title 21, United States Code, Section 846, as charged in Count 4 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii), it is further alleged that the firearm was brandished and discharged.

11

## COUNT 11
**Drive-by Shooting**
**(18 U.S.C. § 36)**

On or about October 31, 2017, in Miami-Dade County, in the Southern District of Florida,

the defendants,

**ULYSSES CABRERA,**
a/k/a "Uley,"
a/k/a "Big Cuz,"
**BERNARDO QUINONEZ,**
a/k/a "Macho,"
**RAFAEL QUINONEZ,**
a/k/a "Gigi,"
a/k/a "Big Junkz,"
**HENRY FELICIANO-TORRES,**
a/k/a "Mafia,"
**DANIEL QUINONEZ,**
a/k/a "Julio,"
**MARVIN MELENDEZ-REYES,**
a/k/a "Homicide Marvin,"
**VICTOR SMITH,**
a/k/a "OGP,"
**ISSAC LEAL,**
a/k/a "Chico Black,"
a/k/a "King Felony,"
**ROGELIO RAMOS,**
**PETER SIMO,**
a/k/a "Worm,"
**MIGUEL HABER, and**
**ALAIN TERRY,**
a/k/a "Youngin,"

with the intent to injure and maim, did knowingly and intentionally fire a weapon, that is a pistol,

into a group of two or more persons, and in the course of such conduct, caused grave risk to human

life, done in furtherance of a major drug offense, that is a conspiracy to distribute Schedule II

controlled substances, that is, 500 grams or more of cocaine, a mixture and substance containing

a detectable amount of cocaine base, commonly referred to as "crack cocaine," and a mixture and

substance containing a detectable amount of marijuana, in violation of Title 21, United States

Code, Section 846, as alleged in Count 2; all in violation of Title 18, United States Code, Section

12

36(b)(1) and Title 18, United States Code, Section 2.

## COUNT 12
**Brandishing and Discharging a Firearm in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(c)(1)(A)(ii)) and (18 U.S.C. § 924(c)(1)(A)(iii))**

On or about October 31, 2017, in Miami-Dade County, in the Southern District of Florida,

the defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**
**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**
**HENRY FELICIANO-TORRES,**
**a/k/a "Mafia,"**
**DANIEL QUINONEZ,**
**a/k/a "Julio,"**
**MARVIN MELENDEZ-REYES,**
**a/k/a "Homicide Marvin,"**
**VICTOR SMITH,**
**a/k/a "OGP,"**
**ISSAC LEAL,**
**a/k/a "Chico Black,"**
**a/k/a "King Felony,"**
**ROGELIO RAMOS,**
**PETER SIMO,**
**a/k/a "Worm,"**
**MIGUEL HABER, and**
**ALAIN TERRY,**
**a/k/a "Youngin,"**

did knowingly use and carry a firearm during and in relation to a drug trafficking crime, and did

knowingly possess a firearm in furtherance of drug trafficking crime, an offense for which the

defendant may be prosecuted in a court of the United States, specifically, a violation of Title 21,

United States Code, Section 846, as charged in Count 2 of this Indictment, and in violation of Title

18, United States Code, Section 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii),

it is further alleged that the firearm was brandished and discharged.

## COUNT 13
### Drive-by Shooting
### (18 U.S.C. § 36)

On or about November 2, 2017, in Miami-Dade County, in the Southern District of Florida,

the defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**
**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**
**HENRY FELICIANO-TORRES,**
**a/k/a "Mafia,"**
**DANIEL QUINONEZ,**
**a/k/a "Julio,"**
**MARVIN MELENDEZ-REYES,**
**a/k/a "Homicide Marvin,"**
**VICTOR SMITH,**
**a/k/a "OGP,"**
**ISSAC LEAL,**
**a/k/a "Chico Black,"**
**a/k/a "King Felony,"**
**ROGELIO RAMOS,**
**PETER SIMO,**
**a/k/a "Worm,"**
**MIGUEL HABER, and**
**ALAIN TERRY,**
**a/k/a "Youngin,"**

with the intent to injure and maim, did knowingly and intentionally fire a weapon, that is a pistol,

into a group of two or more persons, and in the course of such conduct, caused grave risk to human

life, done in furtherance of a major drug offense, that is a conspiracy to distribute a Schedule II

controlled substance, that is, 500 grams or more of cocaine, a mixture and substance containing

a detectable amount of cocaine base, commonly referred to as "crack cocaine," and a mixture and

substance containing a detectable amount of marijuana, in violation of Title 21, United States

14

Code, Section 846, as alleged in Count 2; all in violation of Title 18, United States Code, Section

36(b)(1) and Title 18, United States Code, Section 2.

### COUNT 14
**Brandishing and Discharging a Firearm in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(c)(1)(A)(ii)) and (18 U.S.C. § 924(c)(1)(A)(iii))**

On or about November 2, 2017, in Miami-Dade County, in the Southern District of Florida,

the defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**
**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**
**HENRY FELICIANO-TORRES,**
**a/k/a "Mafia,"**
**DANIEL QUINONEZ,**
**a/k/a "Julio,"**
**MARVIN MELENDEZ-REYES,**
**a/k/a "Homicide Marvin,"**
**VICTOR SMITH,**
**a/k/a "OGP,"**
**ISSAC LEAL,**
**a/k/a "Chico Black,"**
**a/k/a "King Felony,"**
**ROGELIO RAMOS,**
**PETER SIMO,**
**a/k/a "Worm,"**
**MIGUEL HABER, and**
**ALAIN TERRY,**
**a/k/a "Youngin,"**

did knowingly use and carry a firearm during and in relation to a drug trafficking crime, and did

knowingly possess a firearm in furtherance of drug trafficking crime, an offense for which the

defendant may be prosecuted in a court of the United States, specifically, a violation of Title 21,

United States Code, Section 846, as charged in Count 2 of this Indictment; all in violation of Title

18, United States Code, Section 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii), it is further alleged that the firearm was brandished and discharged.

### COUNT 15
**Possession with Intent to Distribute Cocaine**
**(21 U.S.C. § 841(a)(1))**

On or about November 2, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

### COUNT 16
**Drive-by Shooting**
**(18 U.S.C. § 36)**

On or about November 6, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**
**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**
**HENRY FELICIANO-TORRES,**
**a/k/a "Mafia,"**

16

**DANIEL QUINONEZ,**
a/k/a "Julio,"
**MARVIN MELENDEZ-REYES,**
a/k/a "Homicide Marvin,"
**VICTOR SMITH,**
a/k/a "OGP,"
**ISSAC LEAL,**
a/k/a "Chico Black,"
a/k/a "King Felony,"
**ROGELIO RAMOS,**
**PETER SIMO,**
a/k/a "WORM,"
**MIGUEL HABER, and**
**ALAIN TERRY,**
a/k/a "Youngin,"

with the intent to injure and maim, did knowingly and intentionally fire a weapon, that is a semiautomatic pistol, and an assault rifle, into a group of two or more persons, and in the course of such conduct, caused grave risk to a human life, done in furtherance of a major drug offense, that is a conspiracy to distribute a Schedule II controlled substance, that is, 500 grams or more of cocaine, a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," and mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 846, as alleged in Count 2; all in violation of Title 18, United States Code, Section 36(b)(1) and Title 18, United States Code, Section 2.

## COUNT 17
**Brandishing and Discharging a Firearm in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(c)(1)(A)(ii)) and (18 U.S.C. § 924(c)(1)(A)(iii))**

On or about November 6, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ULYSSES CABRERA,**
a/k/a "Uley,"
a/k/a "Big Cuz,"
**BERNARDO QUINONEZ,**
a/k/a "Macho,"
**RAFAEL QUINONEZ,**

17

a/k/a "Gigi,"
a/k/a "Big Junkz,"
**HENRY FELICIANO-TORRES,**
a/k/a "Mafia,"
**DANIEL QUINONEZ,**
a/k/a "Julio,"
**MARVIN MELENDEZ-REYES,**
a/k/a "Homicide Marvin,"
**VICTOR SMITH,**
a/k/a "OGP,"
**ISSAC LEAL,**
a/k/a "Chico Black,"
a/k/a "King Felony,"
**ROGELIO RAMOS,**
**PETER SIMO,**
a/k/a "Worm,"
**MIGUEL HABER, and**
**ALAIN TERRY,**
a/k/a "Youngin,"

did knowingly use and carry a firearm during and in relation to a drug trafficking crime, and did

knowingly possess a firearm in furtherance of drug trafficking crime, an offense for which the

defendant may be prosecuted in a court of the United States, specifically, a violation of Title 21,

United States Code, Section 846, as charged in Count 2 of this Indictment, in violation of Title 18,

United States Code, Section 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii),

it is further alleged that the firearm was brandished and discharged.

### COUNT 18
**Possession with Intent to Distribute Cocaine**
**(21 U.S.C. § 841(a)(1))**

On or about November 9, 2017, in Miami-Dade County, in the Southern District of Florida,

the defendants,

**ULYSSES CABRERA,**
a/k/a "Uley,"
a/k/a "Big Cuz,"
**BERNARDO QUINONEZ,**
a/k/a "Macho," and

18

**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 19
**Possession with Intent to Distribute Cocaine**
**(21 U.S.C. § 841(a)(1))**

On or about November 28, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**BERNARDO QUINONEZ,**
**a/k/a "Macho," and**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

19

### COUNT 20
**Possession with Intent to Distribute Crack Cocaine**
**(21 U.S.C. § 841(a)(1))**

On or about November 29, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DANIEL QUINONEZ,**
**a/k/a "Julio,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of  cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

### COUNT 21
**Possession with Intent to Distribute Cocaine**
**(21 U.S.C. § 841(a)(1))**

On or about December 7, 2017, in Miami-Dade County, in the Southern District of Florida, the defendants,

**BERNARDO QUINONEZ,**
**a/k/a "Macho," and**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 22
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. §§ 922(g)(1) and 924(e))

On or about December 17, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PEDRO RENE GONZALEZ,**
**a/k/a "Pete,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT 23
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about January 3, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**BERNARDO QUINONEZ,**
**a/k/a "Macho," and**
**RAFAEL QUINONEZ**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

21

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

### COUNT 24
**Possession of an Unregistered Firearm**
**(26 U.S.C. § 5861(d))**

On or about January 8, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EDUARDO BOBADILLA-OROL,**
**a/k/a "Chupa,"**

did knowingly possess a firearm, that is, a shotgun having a barrel or barrels of less than 18 inch in length, as defined in Title 26, United States Code, Section 5845(a)(1), which firearm was not registered to the defendant in the National Firearm Registration Record, as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT 25
**Possession of a Firearm by a Convicted Felon**
**(18 U.S.C. §§ 922(g)(1) and 924(e))**

On or about January 17, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EDUARDO BOBADILLA-OROL,**
**a/k/a "Chupa,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT 26
### Possession of a Firearm by a Convicted Felon
### (18 U.S.C. §§ 922(g)(1) and 924(e))

On or about January 29, 2018, in Miami-Dade County, in the Southern District of Florida,

the defendant,

### EDUARDO BOBADILLA-OROL,
### a/k/a "Chupa,"

having been previously convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in

violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT 27
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about January 31, 2018, in Miami-Dade County, in the Southern District of Florida,

the defendants,

### BERNARDO QUINONEZ,
### a/k/a "Macho," and
### RAFAEL QUINONEZ
### a/k/a "Gigi,"
### a/k/a "Big Junkz"

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code,

Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule

II controlled substance.

23

## COUNT 28
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about March 2, 2018, in Miami-Dade County, in the Southern District of Florida,

the defendant,

### ULYSSES CABRERA,
### a/k/a "Uley,"
### a/k/a "Big Cuz,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code,

Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule

II controlled substance.

## COUNT 29
### Money Laundering
### (18 U.S.C. § 1957)

On or about March 4, 2018, in Miami-Dade County, in the Southern District of Florida,

the defendants,

### BERNARDO QUINONEZ,
### a/k/a "Macho," and
### JOSE LUIS DIAZ,
### a/k/a "Lil Cuz,"

did knowingly engage and attempt to engage in a monetary transaction by, through and to a

financial institution, affecting interstate and foreign commerce, in criminally derived property of

a value greater than $10,000, that is, the cash purchase from Publix of Western Union money

orders totaling approximately $11,821, such property having been derived from specified unlawful

activity.

24

It is further alleged that the specified unlawful activity is the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections, 846 and 841(a)(1), and any act or acts constituting a continuing criminal enterprise, in violation of Title 21, United States Code, Section 848; both punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1957 and 2.

**COUNT 30**
**Money Laundering**
**(18 U.S.C. § 1957)**

On or about March 7, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**BERNARDO QUINONEZ,**
**a/k/a "Macho," and**
**JOSE LUIS DIAZ,**
**a/k/a "Lil Cuz,"**

did knowingly engage and attempt to engage in a monetary transaction by, through and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is, money orders totaling approximately $15,500 made out to Golden Home II, LLC and deposited into Chase Bank account ending in 1020, such property having been derived from specified unlawful activity.

It is further alleged that the specified unlawful activity is the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections, 846 and 841(a)(1), and any act or acts constituting a continuing criminal enterprise, in violation of Title 21, United States Code, Section 848; both punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1957 and 2.

## COUNT 31
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about March 13, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi," and**
**JOSE LUIS DIAZ,**
**a/k/a "Lil Cuz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 32
### Maintaining an Establishment for Distribution of Controlled Substances
### (21 U.S.C. § 856(a)(1))

From on or about March 24, 2018, and continuing to in or about June 2018, the exact date being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, the defendants,

**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz," and**

**JOSE LUIS DIAZ,**
**a/k/a "Lil Cuz,"**

did knowingly maintain a place, that is, the premises located at 1111 SW 1st Avenue, Unit 2914, in Miami, Florida 33130, for the purpose of manufacturing, distributing and using a controlled substance, that is, cocaine and marijuana, in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.

## COUNT 33
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1) and 924(e))

On or about April 3, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ISSAC LEAL,**
**a/k/a "Chico Black,"**
**a/k/a "King Felony,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT 34
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about April 3, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**
**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**
**HENRY FELICIANO-TORRES,**

27

a/k/a "Mafia,"
**DANIEL QUINONEZ,**
a/k/a "Julio,"
**MARVIN MELENDEZ-REYES,**
a/k/a "Homicide Marvin,"
**VICTOR SMITH,**
a/k/a "OGP,"
**ISSAC LEAL,**
a/k/a "Chico Black,"
a/k/a "King Felony,"
**ROGELIO RAMOS,**
**PETER SIMO,**
a/k/a "Worm,"
**MIGUEL HABER, and**
**ALAIN TERRY,**
a/k/a "Youngin,"

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 2.

## COUNT 35
**Possession with Intent to Distribute Cocaine**
**(21 U.S.C. § 841(a)(1))**

On or about April 9, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ULYSSES CABRERA,**
a/k/a "Uley,"
a/k/a "Big Cuz,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule

II controlled substance.

## COUNT 36
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about May 1, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved a mixture and substance containing 500 grams or more of cocaine, a Schedule II controlled substance.

## COUNT 37
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about May 7, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNTS 38-40
## Money Laundering
## (18 U.S.C. § 1957)

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ULYSSES CABRERA,**
a/k/a "Uley,"
a/k/a "Big Cuz,"

did knowingly engage and attempt to engage in a monetary transaction by through and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000 such property having been derived from specified unlawfully activity, as more specifically described below:

| Count | Approximate Date | Monetary Transaction |
|-------|------------------|----------------------|
| 38 | May 7, 2018 | Deposited approximately $70,000 into Bank of America account ending in 8768 |
| 39 | May 8, 2018 | Transferred approximately $63,400 to Citibank account ending in 3305 |
| 40 | June 11, 2018 | Provided to Title Company A with a wire transfer of approximately $52,973.98 from a Citibank account ending in 3305 for the purchase of property located at 2951 NW 132 Terrace, Opa-Locka, Florida |

It is further alleged that the specified unlawful activity is the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections, 846 and 841(a)(1), and any act or acts constituting a continuing criminal enterprise, in violation of Title 21, United States Code, Section 848; both punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1957 and 2.

## COUNT 41
### Possession with Intent to Distribute Crack Cocaine
### (21 U.S.C. § 841(a)(1))

On or about May 31, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DANIEL QUINONEZ,**
**a/k/a "Julio,"**
**ELIZABETH LEGON,**
**a/k/a "Eli,"**
**RICARDO PEREZ-CASTRO,**
**ORLANDO LORENZO, and**
**ROBERTO GARCIA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

## COUNT 42
### Use of Communications Facility
### (21 U.S.C. § 843(b))

On or about May 31, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ROBERTO GARCIA,**

did knowingly and intentionally use a communication facility, that is a two-way radio, in facilitating the commission of an act constituting a felony under Title 21, United States Code, Section 841, that is, possession with the intent to distribute a controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, as alleged in Count 42 of this Indictment; all in violation of Title 21, United States Code, Section 843(b).

## COUNT 43
### Possession with Intent to Distribute Crack Cocaine
### (21 U.S.C. § 841(a)(1))

On or about June 9, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ALAIN TERRY,**
**a/k/a "Youngin,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

## COUNT 44
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about June 11, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MARVIN MELENDEZ-REYES,**
**a/k/a "Homicide Marvin," and**
**RONALD REYES-MELO,**
**a/k/a "Cueyo,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign

32

commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT 45
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(c)(1)(A)(i))**

On or about June 11, 2018, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**
**BERNARDO QUINONEZ,**
**a/k/a "Macho,"**
**RAFAEL QUINONEZ,**
**a/k/a "Gigi,"**
**a/k/a "Big Junkz,"**
**HENRY FELICIANO-TORRES,**
**a/k/a "Mafia,"**
**DANIEL QUINONEZ,**
**a/k/a "Julio,"**
**MARVIN MELENDEZ-REYES,**
**a/k/a "Homicide Marvin,"**
**VICTOR SMITH,**
**a/k/a "OGP,"**
**ISSAC LEAL,**
**a/k/a "Chico Black,"**
**a/k/a "King Felony,"**
**ROGELIO RAMOS,**
**PETER SIMO,**
**a/k/a "Worm," and**
**MIGUEL HABER,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for

which the defendants may be prosecuted in a court of the United States, that is, a violation of Title

21, United States Code, Section 846, as charged in Count 2 of this Indictment, in violation of Title

18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 46
**Possession with Intent to Distribute Crack Cocaine**
**(21 U.S.C. § 841(a)(1))**

On or about June 20, 2018, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**PETER SIMO,**
**a/k/a "Worm,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code,

Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine base,

commonly referred to as "crack cocaine," a Schedule II controlled substance.

## COUNT 47
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. §§ 922(g)(1) and 924(e))

On or about July 6, 2018, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**PEDRO RENE GONZALEZ,**
**a/k/a "Pete,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign

commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT 48
### Hobbs Act Robbery
### (18 U.S.C. § 1951(a))

On or about July 10, 2018, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**VICTOR SMITH,**
**a/k/a "OGP," and**
**HECTOR SALGADO,**
**a/k/a "Teto,"**

34

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did take property from a person lodging at the Julia Motel, located at 3040 West Flagler Street, Miami, Florida 33135, a business and company operating in interstate and foreign commerce, against the will of that person, by means of actual and threatened force, violence, and fear of injury to that person, in violation of Title 18, United States Code, Section 1951(a).

### COUNT 49
**Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii)) and (18 U.S.C. § 924(c)(1)(A)(iii))**

On or about July 10, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**VICTOR SMITH,**
**a/k/a "OGP," and**
**HECTOR SALGADO,**
**a/k/a "Teto,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, specifically, a violation of Title 18, United States Code, Section 1951(a), as charged in Count 51 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii), it is further alleged that the firearm was brandished and discharged.

35

## COUNT 50
### Possession with Intent to Distribute Cocaine
### (21 U.S.C. § 841(a)(1))

On or about July 18, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**VICTOR SMITH,**
**a/k/a "OGP,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 51
### Drive-by Shooting
### (18 U.S.C. § 36)

On or about July 27, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**GILBERT CRUZ BAEZ,**
**a/k/a "Bori," and**
**ALAIN TERRY,**
**a/k/a "Youngin,"**

with the intent to injure and maim, did knowingly and intentionally fire a weapon, that is a pistol, into a group of two or more persons, and in the course of such conduct, caused grave risk to human life, done in furtherance of a major drug offense, that is a conspiracy to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 846, as alleged in Count 4 of this Indictment;

36

all in violation of Title 18, United States Code, Section 36(b)(1).

## COUNT 52
### Brandishing and Discharging a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(ii)) and (18 U.S.C. § 924(c)(1)(A)(iii))

On or about July 27, 2018, in Miami-Dade County, in the Southern District of Florida, the

defendants,

**GILBERT CRUZ BAEZ,**
**a/k/a "Bori," and**
**ALAIN TERRY,**
**a/k/a "Youngin,"**

did knowingly possess a firearm in furtherance of drug trafficking crime, an offense for which the

defendant may be prosecuted in a court of the United States, specifically, a violation of Title 18,

United States Code, Section 846, as charged in Count 4 of this Indictment, in violation of Title 18,

United States Code, Section 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii),

it is further alleged that the firearm was brandished and discharged.

## COUNT 53
### Possession with Intent to Distribute Crack Cocaine
### (21 U.S.C. § 841(a)(1))

On or about September 13, 2018, in Miami-Dade County, in the Southern District of

Florida, the defendants,

**ROGELIO RAMOS, and**
**PETER SIMO,**
**a/k/a "Worm,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code,

Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

## COUNT 54
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (21 U.S.C. § 924(c)(1)(A)(i))

On or about September 13, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ROGELIO RAMOS, and**
**PETER SIMO,**
**a/k/a "Worm,"**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT 55
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about September 13, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PETER SIMO,**
**a/k/a "Worm,"**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

38

## COUNT 56
### Possession of a Firearm by an Unlawful Alien
### (18 U.S.C. § 922(g)(5)(B))

On or about September 13, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ROGELIO RAMOS,**

being an alien admitted to the United States under a nonimmigrant visa, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B).

## COUNT 57
### Possession with Intent to Distribute Controlled Substances
### (21 U.S.C. § 841(a)(1))

On or about October 9, 2018, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ULYSSES CABRERA,**
**a/k/a "Uley,"**
**a/k/a "Big Cuz,"**
**MARVIN MELENDEZ-REYES,**
**a/k/a "Homicide Marvin,"**
**VICTOR SMITH,**
**a/k/a "OGP," and**
**CHARLIE GONZALEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that

39

this violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

## COUNT 58
### Possession with Intent to Distribute Crack Cocaine
### (21 U.S.C. § 841(a)(1))

On or about October 12, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

### PETER SIMO
### a/k/a "Worm,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

## COUNT 59
### Possession with Intent to Distribute Controlled Substances
### (21 U.S.C. § 841(a)(1))

On or about October 19, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

### CHARLIE GONZALEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants as named in this Indictment, **ULYSSES CABRERA, BERNARDO QUINONEZ, RAFAEL QUINONEZ, HENRY FELICIANO-TORRES, DANIEL QUINONEZ, MARVIN MELENDEZ-REYES, VICTOR SMITH, HECTOR SALGADO, ISSAC LEAL, JOSE LUIS DIAZ, PETER RODRIGUEZ, ROGELIO RAMOS, PETER SIMO, ELIZABETH LEGON, RICARDO PEREZ-CASTRO, ORLANDO LORENZO, ROBERTO GARCIA, MIGUEL HABER, PEDRO RENE GONZALEZ, EDUARDO BOBADILLA-OROL, GILBERT CRUZ BAEZ, ALAIN TERRY, RONALD REYES-MELO,** and **CHARLIE GONZALEZ,** has an interest.

2.      Upon conviction of any violation of Title 21, United States Code, Section 841(a)(1), 843(b), 846, 856(a)(1), or 848, as alleged in this Indictment, each defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or

41

derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

3.      Upon conviction of any violation of Title 21 United States Code Section 848, each defendant shall forfeit any of her/his interest in, claims against, and property or contractual rights affording a source of control over, the continuing criminal enterprise.

4.      Upon conviction of any violation of Title 18, United States Code, Section 36, 922(g)(1), 922(g)(3), 922(g)(5)(B), 924(c)(1)(A)(i), 924(c)(1)(A)(iii), or 924(o), or Title 26, United States Code, Section 5861(d),  each defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in the commission of the offense, or any violation of any other criminal law of the United States.

5.      Upon conviction of any violation of Title 18, United States Code, Section 1956(h) or 1957, each defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in the commission of the offense, or any property traceable to such property.

6.      Upon conviction of any violation of Title 18, United States Code, Section 1951(a), each defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense.

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

        a)      cannot be located upon the exercise of due diligence;

42

b) has been transferred or sold to, or deposited with a third person;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property and, in addition, to require the defendant to return any such property to the jurisdiction of the court for seizure and forfeiture.

7. The property to be forfeited includes, but is not limited to: real property located at 2951 NW 132 Terrace, Opa-Locka, Florida 33054.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), Title 18, United States Code, Section 982(a)(1), and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BREEZYE TELFAIR
ASSISTANT UNITED STATES ATTORNEY

43

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

ULYSSES CABRERA, a/k/a "Uley,"
"Big Cuz," et al.,
_____ **Defendants.** /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)        Yes _____   No ____
Number of New Defendants        _____
Total number of counts        _____

_X_ Miami   ____ Key West
____ FTL    ____ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   __Yes__
   List language and/or dialect   ___Spanish___

4. This case will take   __120__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | (Check only one) | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _____ | Petty | _____ |
   | II | 6 to 10 days | _____ | Minor | _____ |
   | III | 11 to 20 days | _____ | Misdem. | _____ |
   | IV | 21 to 60 days | _____ | Felony | __X__ |
   | V | 61 days and over | __X__ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

_____
BREEZYE TELFAIR
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No.  18055

*Penalty Sheet(s) attached

REV 5/3/17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **ULYSSES CABRERA, a/k/a "Uley," "Big Cuz"**

**Case No:**

Count #: 1

Continuing Criminal Enterprise

Title 21, United States Code, Section 848

**\*Max. Penalty:**   Life imprisonment

Count #: 2

Conspiracy to possess with the intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 3

Maintaining an establishment for distribution of controlled substances

Title 21, United States Code, Section 856(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

## PENALTY SHEET

**Defendant's Name:**   **ULYSSES CABRERA, a/k/a "Uley," "Big Cuz"**

**Case No:**

Count #: 8

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

Counts #: 18, 28, 35, 37

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

## PENALTY SHEET

**Defendant's Name:   ULYSSES CABRERA, a/k/a "Uley," "Big Cuz"**

**Case No:**

Counts #: 34, 45

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

Count #: 36

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Forty years' imprisonment

Counts #: 38, 39, 40

Money laundering

Title 18, United States Code, Section 1957

**\*Max. Penalty:**   Ten years' imprisonment

Count #: 57

Possession with intent to distribute controlled substances

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   **BERNARDO QUINONEZ, a/k/a "Macho"**

Case No:

Count #: 1

Continuing Criminal Enterprise

Title 21, United States Code, Section 848

**\*Max. Penalty:**   Life imprisonment

Count #: 2

Conspiracy to possess with the intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 7

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty years' imprisonment

## PENALTY SHEET

**Defendant's Name:   BERNARDO QUINONEZ, a/k/a "Macho"**

**Case No:**

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

Counts #: 15, 18, 19, 21, 23, 27, 31

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 29, 30

Money laundering

Title 18, United States Code, Section 1957

**\*Max. Penalty:**   Ten years' imprisonment

# PENALTY SHEET

**Defendant's Name:   BERNARDO QUINONEZ, a/k/a "Macho"** _____

**Case No:** _____

Count #: 32

Maintaining an establishment for distribution of controlled substances

Title 21, United States Code, Section 856(a)(1)

**\*Max. Penalty:   Twenty years' imprisonment**

Counts #: 34, 45

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:   Life imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>**PENALTY SHEET**</u>

**Defendant's Name:   RAFAEL QUINONEZ, a/k/a "Gigi"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

## PENALTY SHEET

**Defendant's Name:**   **RAFAEL QUINONEZ, a/k/a "Gigi"**

**Case No:**

Counts #: 18, 19, 21, 23, 27, 31

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 32

Maintaining an establishment for distribution of controlled substances

Title 21, United States Code, Section 856(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 34, 45

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **HENRY FELICIANO-TORRES, a/k/a "Mafia"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

## PENALTY SHEET

**Defendant's Name:**   **HENRY FELICIANO-TORRES, a/k/a "Mafia"**

**Case No:**

Counts #: 34, 45

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **DANIEL QUINONEZ, a/k/a "Julio"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

## PENALTY SHEET

**Defendant's Name:   DANIEL QUINONEZ, a/k/a "Julio"**

**Case No:**

Counts #: 20, 41

Possession with intent to distribute crack cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 34, 45

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **MARVIN MELENDEZ-REYES, a/k/a "Homicide Marvin"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

## PENALTY SHEET

**Defendant's Name:**   **MARVIN MELENDEZ-REYES, a/k/a "Homicide Marvin"**

**Case No:** _____

Counts #: 34, 45

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

Count #: 44

Possession of a firearm and ammunition by a convicted felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:**   Ten years' imprisonment

Count #: 57

Possession with intent to distribute controlled substances

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **VICTOR SMITH, a/k/a "OGP"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

## PENALTY SHEET

**Defendant's Name:   VICTOR SMITH, a/k/a "OGP"**

**Case No:**

Counts #: 34, 45

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

Count #: 48

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 49

Discharging a firearm in furtherance of a crime of violence

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

Count #: 50

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

## PENALTY SHEET

**Defendant's Name:   VICTOR SMITH, a/k/a "OGP"** _____

**Case No:** _____

Count #: 57

Possession with intent to distribute controlled substances _____

Title 21, United States Code, Section 841(a)(1) _____

**\*Max. Penalty:**   Twenty years' imprisonment _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **HECTOR SALGADO, a/k/a "Teto"**

**Case No:**

Count #: 48

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 49

Discharging a firearm in furtherance of a crime of violence

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   ISSAC LEAL, a/k/a "Chico Black," "King Felony"

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

## PENALTY SHEET

**Defendant's Name:**   **ISSAC LEAL, a/k/a "Chico Black," "King Felony"**

**Case No:**

Count #: 33

Possession of a firearm and ammunition by a convicted felon

Title 18, United States Code, Section 922(g)(1) & 924(e)

**\*Max. Penalty:**   Life imprisonment

Counts #: 34, 45

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:**   **JOSE LUIS DIAZ, a/k/a "Lil Cuz"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 7

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 29, 30

Money laundering

Title 18, United States Code, Section 1957

**\*Max. Penalty:**   Ten years' imprisonment

Count #: 31

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

## PENALTY SHEET

**Defendant's Name:**   **JOSE LUIS DIAZ, a/k/a "Lil Cuz"**

**Case No:**

Count #: 32

Maintaining an establishment for distribution of controlled substances

Title 21, United States Code, Section 856(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **PETER RODRIGUEZ, a/k/a "Hot Boy"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 7

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   Twenty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **ROGELIO RAMOS**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

## PENALTY SHEET

**Defendant's Name:  ROGELIO RAMOS**

**Case No:**

Counts #: 34, 45, 54

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

Count #: 53

Possession with intent to distribute crack cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 56

Possession of a firearm by an unlawful alien

Title 18, United States Code, Section 922(g)(5)(B)

**\*Max. Penalty:**   Ten years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **PETER SIMO, a/k/a "Worm"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

## PENALTY SHEET

**Defendant's Name:  PETER SIMO, a/k/a "Worm"**

**Case No:**

Counts #: 34, 45, 54

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

Counts #: 46, 53, 58

Possession with intent to distribute crack cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 55

Possession of a firearm and ammunition by a convicted felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:**   Ten years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **ELIZABETH LEGON, a/k/a "Eli"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 41

Possession with intent to distribute crack cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **RICARDO PEREZ-CASTRO**

**Case No:**

Count #: 41

Possession with intent to distribute crack cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **ORLANDO LORENZO** _____

**Case No:** _____

Count #: 41

Possession with intent to distribute crack cocaine _____

Title 21, United States Code, Section 841(a)(1) _____

**\*Max. Penalty:**   Twenty years' imprisonment _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   ROBERTO GARCIA**

**Case No:**

Count #: 41

Possession with intent to distribute crack cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 42

Use of communications facility

Title 21, United States Code, Section 843(b)

**\*Max. Penalty:**   Twenty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **MIGUEL HABER**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 3

Maintaining an establishment for distribution of controlled substances

Title 21, United States Code, Section 856(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

<u>**PENALTY SHEET**</u>

**Defendant's Name:   MIGUEL HABER**

**Case No:**

Counts #: 12, 14, 17

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

Counts #: 34, 45

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **PEDRO RENE GONZALEZ, a/k/a "Pete"** _____

**Case No:** _____

Counts #: 22, 47

Possession of a firearm and ammunition by a convicted felon _____

Title 18, United States Code, Section 922(g)(1) and 924(e) _____

**\*Max. Penalty:**   Life imprisonment _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **EDUARDO BOBADILLA-OROL, a/k/a "Chupa"**

**Case No:**

Count #: 24

Possession of an unregistered firearm

Title 26, United States Code, Section 5861(d)

**\*Max. Penalty:**   Ten years' imprisonment

Counts #: 25, 26

Possession of a firearm by a convicted felon

Title 18, United States Code, Section 922(g)(1) and 924(e)

**\*Max. Penalty:**   Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **GILBERT CRUZ BAEZ, a/k/a "Bori"**

**Case No:**

Count #: 2

Conspiracy to possess with the intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 4

Conspiracy to possess with intent to distribute cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Twenty years' imprisonment

Count #: 5

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 9, 51

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

## PENALTY SHEET

**Defendant's Name:**   **GILBERT CRUZ BAEZ, a/k/a "Bori"**

**Case No:**

Counts #: 10, 52

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **ALAIN TERRY, a/k/a "Youngin"**

**Case No:**

Count #: 2

Conspiracy to possess with intent to distribute controlled substances

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Forty years' imprisonment

Count #: 4

Conspiracy to possess with intent to distribute cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 5, 6

Conspiracy to possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(o)

**\*Max. Penalty:**   Twenty years' imprisonment

Counts #: 11, 13, 16, 51

Drive-by shooting

Title 18, United States Code, Section 36

**\*Max. Penalty:**   Twenty-five years' imprisonment

## PENALTY SHEET

**Defendant's Name:   ALAIN TERRY, a/k/a "Youngin"**

**Case No:**

Counts #: 12, 14, 17, 52

Discharging a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Max. Penalty:**   Life imprisonment

Count #: 34

Possession of a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

**\*Max. Penalty:**   Life imprisonment

Count #: 43

Possession with intent to distribute crack cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **RONALD REYES-MELO, a/k/a "Cueyo"**

**Case No:**

Count #: 44

Possession of firearm and ammunition by a convicted felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:**   Ten years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **CHARLIE GONZALEZ**

**Case No:**

Counts #: 57, 59

Possession with intent to distribute controlled substances

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**   Twenty years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**